| | | |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Susan Fairchild<br>Agent: Wayne Williams | Telephone: (313) 226-9577<br>Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
для the
### Eastern District of Michigan

United States of America
   v.
Jose Eduardo MELA-SUAREZ

Case No.

Case: 2:25−mj−30724
Assigned To : Unassigned
Assign. Date : 11/25/2025
Description: RE: JOSE EDUARDO MELA−SUAREZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne W. Williams, Border Patrol Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 25, 2025

_____
*Judge's signature*

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Jose Eduardo MELA-SUAREZ, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Jose Eduardo MELA-SUAREZ.

4. Jose Eduardo MELA-SUAREZ is a nineteen-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about November 20, 2024, MELA-SUAREZ was arrested by United States Border Patrol Agents near Laredo, Texas. He was processed as an expedited removal.

6. On or about November 21, 2024, MELA-SUAREZ was removed from the United States to Mexico through Laredo, Texas.

7. On or about November 25, 2025, MELA-SUAREZ was arrested by United States Border Patrol near Livonia, Michigan, after a call for assistance from Livonia Police Department. He was processed as a reinstatement of prior removal.

8. Jose Eduardo MELA-SUAREZ's fingerprints and photograph were captured and

      entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that MELA-SUAREZ is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that MELA-SUAREZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# xxx xxx 412) for Jose Eduardo MELA-SUAREZ and queries in Department of Homeland Security databases confirm no record exists MELA-SUAREZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on November 21, 2024.

11. Based on the above information, I believe there is probable cause to conclude that Jose Eduardo MELA-SUAREZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
*Complainant's signature*

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

November 25, 2025